**1626-14**

# ELECTRONIC RECORD

CCA #    09-13-00072-CR

OFFENSE:    Poss With Intent to Deliver a Controlled Substance

STYLE:    Ramiro Trevino Jr.
v. The State of Texas

PUNISHMENT:    30 years

COUNTY:    Montgomery

TRIAL COURT:    410th District Court
TRIAL COURT #:    12-06-06351 CR (Count 1)
TRIAL COURT JUDGE:    Judge K. Michael Mayes
DISPOSITION:    AFFIRMED

Appellant's    MOTION
FOR REHEARING IS:    OVERRULED
DATE:    11-13-14
JUDGE:    PER CURIAM

DATE:    10-22-14

JUSTICE:    Leanne Johnson    PC   NO   S   YES
PUBLISH:    NO      DNP:   YES

CLK RECORD:    05-09-13
RPT RECORD:    06-25-13, 07-16-13
STATE BR:    02-04-14
APP BR:    04-25-14 Amended

SUPP CLK RECORD:
SUPP RPT RECORD:
SUPP BR:
PRO SE BR:

# IN THE COURT OF CRIMINAL APPEALS

**1626-14**

## ELECTRONIC RECORD

CCA #   **1626-14**

--------------------

_APPELLANT'S_ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
_REFUSED_
DATE: _02/25/2015_
JUDGE: _Per Curiam_

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____    PC: _____
PUBLISH: _____    DNP: _____

----------------------

_____ MOTION FOR REHEARING IN
CCA IS: _____ ON _____
JUDGE: _____

MOTION FOR STAY OF MANDATE IS:
_____ ON _____
JUDGE: _____